# **EXHIBIT 2**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MIDWEST CONTAINER & INDUSTRIAL SUPPLY COMPANY, and BARNHART DEVELOPMENT CORP., <br><br> Plaintiffs, <br><br> v. <br><br> HUB PLASTICS – MIDWEST, LLC, <br><br> Defendant. | Case No. <br><br> Judge: <br><br> DECLARATION OF JOHN F. HERRICK, JR. |

In accordance with 28 U.S.C. § 1746, I, John F. Herrick, Jr., declare as follows:

1. I am over the age of twenty-one and competent to make this declaration. I have personal knowledge of the facts set forth herein, and if called to testify as a witness, I could and would testify truthfully thereto.

2. I am the President and Secretary of Hub Plastics - Midwest, LLC ("HPM"). HPM is a limited liability company.

3. HPM's sole member is Hub Holdings, LLC ("Hub Holdings").

4. The managing member of Hub Holdings is LMI Management, LLC ("LMI"). LMI's members are Little Mountain Industries, Inc., an Ohio corporation with its principal place of business in Mentor, Ohio, and Herrick Management, LLC ("Herrick Management"). The members of Herrick Management are myself and Laura P. Herrick; both of us are citizens of Ohio.

5. The remaining members of Hub Holdings are various individuals, trusts, and limited liability companies. None of the individuals or trusts are Missouri citizens, nor are the members of the limited liability companies.

1

2

6.  In short, no member of HPM, Hub Holdings, LMI, or Herrick Management is a citizen of the State of Missouri.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 17, 2025

_____
John F. Herrick, Jr.

177150638v2