UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

```
MIDWEST CONTAINER &                    )
INDUSTRIAL SUPPLY COMPANY and          )
BARNHART DEVELOPMENT CORP.      ,      )
                                       )
            Plaintiff,                 )
                                       )
       v.                              )   Case No.
                                       )
HUB PLASTICS-MIDWEST,                  )
LLC                             ,      )
                                       )
            Defendant,                 )
                                       )
```

**ORIGINAL FILING FORM**

**THIS FORM MUST BE COMPLETED AND VERIFIED BY THE FILING PARTY WHEN INITIATING A NEW CASE.**

☐     THIS SAME CAUSE, OR A SUBSTANTIALLY EQUIVALENT COMPLAINT, WAS PREVIOUSLY FILED IN THIS COURT AS CASE NUMBER _____ AND ASSIGNED TO THE HONORABLE JUDGE _____.

☐     THIS CAUSE IS RELATED, BUT IS NOT SUBSTANTIALLY EQUIVALENT TO ANY PREVIOUSLY FILED COMPLAINT.  THE RELATED CASE NUMBER IS _____ AND THAT CASE WAS ASSIGNED TO THE HONORABLE _____. THIS CASE MAY, THEREFORE, BE OPENED AS AN ORIGINAL PROCEEDING.

☒     NEITHER THIS SAME CAUSE, NOR A SUBSTANTIALLY EQUIVALENT COMPLAINT, HAS BEEN PREVIOUSLY FILED IN THIS COURT, AND THEREFORE MAY BE OPENED AS AN ORIGINAL PROCEEDING.

**The undersigned affirms that the information provided above is true and correct.**

Date: October 17, 2025                    /s/ Maria G. Zschoche
                                          Signature of Filing Party