UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MIDWEST CONTAINER & INDUSTRIAL SUPPLY COMPANY, and BARNHART DEVELOPMENT CORP., | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | )<br>) |
| HUB PLASTICS-MIDWEST, LLC, | )<br>) |
| Defendant. | ) |

Case No.: 4:25-cv-01557

Judge:

### Notice to Plaintiff of Removal of Case to Federal District Court

To the following counsel for Plaintiffs Midwest Container & Industrial Supply Company and Barnhart Development Corp.:

Lauren Wood
10 South Broadway, Suite 2000
St. Louis, MO, 63102-1747
UB Greensfelder LLP
LWood@ubglaw.com

Please take notice that on October 17, 2025, Defendant Hub Plastics-Midwest, LLC ("HPM") removed this civil action from the Circuit Court of Jefferson County, Missouri to the United States District Court for the Eastern District of Missouri. A copy of the notice of removal is attached.

177179059v1

| | |
|---|---|
| Dated:  October 17, 2025 | Respectfully submitted, |
| | THOMPSON COBURN LLP |
| | */s/Maria G. Zschoche*<br>Maria G. Zschoche, #56635<br>One US Bank Plaza, Suite 2800<br>St. Louis, Missouri 63101<br>(314) 552-6000<br>(314) 552-7000 (Fax)<br>mzschoche@thompsoncoburn.com |
| | *Attorney for Hub Plastics – Midwest, LLC* |

### CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2025 a true and accurate copy of the foregoing was filed electronically via the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system. I hereby further certify that on October 17, 2025, a true and accurate copy of the foregoing was served via e-mail upon the following:

Lauren Wood
UB Greensfelder LLP
LWood@ubglaw.com

*Attorney for Plaintiffs*

*/s/Maria G. Zschoche*
Maria G. Zschoche, #56635

177179059v1