**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **MIDWEST CONTAINER &** **INDUSTRIAL SUPPLY COMPANY, and** **BARNHART DEVELOPMENT CORP.,** **Plaintiffs,** **v.** **HUB PLASTICS-MIDWEST, LLC,** **Defendant.** | **Case No. 4:25-cv-01557-CMS** |

## DEFENDANT HUB PLASTICS-MIDWEST, LLC'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant HUB Plastics-Midwest LLC ("HPM") moves, under Federal Rule of Civil Procedure 6(b)(1)(A), for a three-week extension of time—until and including November 17, 2025—to file its response to the Petition filed by Plaintiffs Midwest Container & Industrial Supply Company ("Midwest") and Barnhart Development Corp. (collectively, "Plaintiffs").[1]

In support of this Motion for Extension of Time, HPM states as follows:

1. On September 22, 2025, Plaintiffs filed a Petition against HPM in the Circuit Court of Jefferson County.

2. On October 6, 2025, HPM was served with the Petition and a Summons.

3. On October 7, 2025, HPM removed Plaintiffs' Petition from the Circuit Court of Jefferson County to this Court. (ECF No. 1.)

---

[1] In filing this Motion, HPM reserves all rights, including the right to contest personal jurisdiction, venue, and to compel arbitration in accordance with a contract between the HPM and Midwest. This Motion shall not constitute a waiver of any such rights or defenses, including those available under Federal Rule of Civil Procedure 12(b) and the Federal Arbitration Act.

4.      Under Federal Rule of Civil Procedure 81(c), after removal, a "defendant who did not answer before removal must answer or present other defenses or objections under these rules within the longest of these periods: (A) 21 days after receiving—through service or otherwise—a copy of the initial pleading stating the claim for relief; (B) 21 days after being served with the summons for an initial pleading on file at the time of service; or (C) 7 days after the notice of removal is filed.

5.      Twenty-one days from October 6, 2025—the date HPM was served with a copy of the Petition and Summons—is October 27, 2025. Seven days from October 7, 2025—the date HPM removed this case to this Court—is October 24, 2025.

6.      October 27, 2025, is the deadline for HPM to respond to the Petition because it is the "the longest of [the] periods" set forth in Rule 81(c)(2)(A)-(C)  HPM requests an additional twenty-one (21) days to file its responsive pleading due to the press of other business and the time needed to prepare its response here.[2]

7.      Counsel for HPM contacted counsel for Plaintiffs to obtain consent for the requested extension.  As of the date of this filing, counsel for HPM has not received a response from Plaintiffs to its request.

8.      This Motion is made in good faith, is not for purposes of delay or to prejudice any party, and will not prejudice any party.

WHEREFORE, for these reasons, HPM requests an additional three weeks from October 27, 2025, up to and including November 17, 2025 within which to file its responsive pleading to

---

[2] The issues and claims raised in the Petition—and Counts I, II, and V in particular—relate or are identical to the issues and claims already being decided in an American Arbitration Association proceeding that has been ongoing between HPM and Midwest since March 11, 2025 (the "Arbitration Proceeding")  With its responsive pleading, HPM intends to file a Motion to Compel Arbitration and Stay Action under 9 U.S.C. §§ 3–4.

Plaintiffs' Complaint and for such other and further relief as this Court considers appropriate

under the circumstances

Date: October 24, 2025

Respectfully submitted,

**THOMPSON COBURN LLP**

*/s/ Maria G. Zschoche*
Maria G. Zschoche, #56635
One US Bank Plaza, Suite 2800
St. Louis, Missouri 63101
T: 314.552.6000 | F: 314.552.7000
mzschoche@thompsoncoburn.com

*Attorney for Hub Plastics—Midwest, LLC*

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 24th day of October, 2025, a copy of the foregoing was electronically filed via the CM/ECF system, which will provide electronic notice to the following:

Lauren Wood
**UB GREENSFELDER LLP**
10 South Broadway, Suite 2000
St. Louis, MO 63102-1747
LWood@ubglaw.com

*Counsel for Plaintiff Midwest Container*
*& Industrial Supply Company and Barnhart Development Corp.*

/s/ Maria G. Zschoche
Maria G. Zschoche, #56635

*Attorney for Hub Plastics-Midwest, LLC*

195169315v2

4